# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLARA BUTLER AND JERRY BUTLER

VERSUS

KIMBERLY LATASHA LANDRY AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

NO.  2021 CW 1155

DECEMBER 20, 2021

In Re:  Clara Butler and Jerry Butler, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 2019-185.

BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT GRANTED IN PART WITH ORDER; DENIED IN PART.** The district court's August 24, 2021 judgment granting Defendants' Motion to Quash and Motion for Protective Order is hereby reversed in part. The only records discoverable from Acadian Ambulance and Prevost Memorial Hospital are those drug tests or blood alcohol tests administered to Ms. Landry on the date of the accident in question. See La. Code Evid. art. 510(B)(2)(i). Therefore, it is **ORDERED** that any drug tests or blood alcohol tests administered to Ms. Landry on the date of the accident shall be produced to Plaintiffs. The writ application is denied to the extent it seeks any records from Acadian Ambulance and/or Prevost Memorial Hospital other than blood alcohol tests or drug tests administered on the date of the accident.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT